

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

---

### NO. PD-0451-24

---

### LARRY DEWITT JACKSON, JR., Appellant

### v.

### THE STATE OF TEXAS, Appellee

---

### ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE 14TH COURT OF APPEALS
### WASHINGTON COUNTY

---

*Per curiam.* SCHENCK, P.J., filed a concurring opinion. FINLEY, J. filed a dissenting opinion in which RICHARDSON, YEARY, and PARKER, JJ., joined.

## OPINION

We granted Appellant's petition for discretionary review to determine whether the court of appeals erred in finding that the Appellant failed to satisfy the *Strickland* test for an ineffective assistance of counsel claim and in finding that

the record lacked any showing for the need for an expert. Having examined the record and briefs, we conclude that our decision to grant review was improvident. We therefore dismiss Appellant's petition for discretionary review as improvidently granted.

Delivered: December 19, 2025

Do Not Publish